ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee.

and

Kejriwal Paper Limited, Defendant–Appellant.

No. 2010–1219.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

Timothy C. Brightbill, Wiley Rein, LLP, of Washington, DC, argued for the plaintiff-appellee. With him on the brief were Alan H. Price and Maureen E. Thorson.

Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for the defendant-appellee. With her on the brief were Tony West, Assistant Attorney General, and Jeanne E. Davision, Director.

J. Kevin Hogan, deKieffer & Hogan, of Washington, DC, argued for defendant-appellant. With him on the brief was Gregory S. Menegaz.

LINN, CLEVENGER, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.